UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    **Plaintiff,**

v.                              Case No. 3:25-cv-1194-HES-MCR

**JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 73.192.121.60,**

    **Defendant.**

_____/

## O R D E R

    This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal Without Prejudice of John Doe" (Dkt. 9), where Plaintiff asks this Court to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Accordingly, it is **ORDERED**:

    1.    Based on Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff's "Notice of Voluntary Dismissal Without Prejudice of John Doe" (Dkt. 9) is **GRANTED**, and this action is dismissed without prejudice; and

    2.    The Clerk is directed to terminate all pending motions and close this file.

DONE AND ORDERED at Jacksonville, Florida, this 7th day of January 2026.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christian W. Waugh, Esq.